IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HALBERT JAMES,** *individually and on behalf of all others similarly situated,* | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| -v- | ) Case No.  22-cv-1668-SMY ) |
| **UNIVERSAL PROTECTION SERVICE, LLC,** *d/b/a* Allied Universal Security Services, | ) ) ) ) ) |
| **Defendant.** | ) |

## MINUTES OF FINAL APPROVAL HEARING

**PRESIDING:** Hon. Staci M. Yandle, US District Judge

**DATE:**  May 20, 2024

**COURT REPORTER:**  Chris LaBuwi

**COURTROOM DEPUTY:**  Stacie Hurst

**COUNSEL FOR PLAINTIFF:** James Bormes, Thomas Ryan

**COUNSEL FOR DEFENDANT:**  Alexander Yeung

**TIME:** 20 minutes

---

Counsel for Plaintiff appear via video. This matter called for a Final Fairness Hearing.

The Court, having reviewed the filings and hearing arguments of counsel, finds the settlement to be adequate, fair, and reasonable. The settlement is approved. The distribution of attorney fees and expenses is approved. Written order to follow.