IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HALBERT JAMES, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No.  3:22-cv-01668-SMY |
| v. ) ) | |
| UNIVERSAL PROTECTION SERVICE, LLC, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, ) ) ) ) | |
| Defendant. ) | |

## FINAL APPROVAL ORDER

THIS MATTER COMING before the Court for hearing on the Plaintiff's Motion and Memorandum for Final Approval of the Parties' Class and Collective Action Settlement, and Plaintiff's Motion and Memorandum for Attorney Fees, Litigation Costs, Settlement Administration Costs and an Incentive Award, having considered the written submissions and oral presentation of counsel,

**THE COURT FINDS AS FOLLOWS:**

1. The dissemination of the Notice of Class and Collective Action Settlement as provided for in the Preliminary Approval Order met the requirements of Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), any and all substantive and procedural due process rights guaranteed by the United States Constitution, the laws of the State of Illinois and any other applicable law;

2. No member of the Rule 23 Class objected to the Settlement, and three members requested to be excluded from the Settlement.  A list of the Class Members who requested exclusion from the Settlement and are not bound by the release of claims is attached as Exhibit 1 to this Order;

3. The Named Plaintiff and Class Counsel adequately represented the members of

the Settlement Class for the purposes of entering into and implementing the Settlement;

4. The Settlement Administrator, Analytics Consulting LLC, has met all requirements of the Court as set forth in the Preliminary Approval Order and the Settlement Agreement;

5. The Settlement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

A. The Court grants Plaintiff's Motions and gives final approval of the Settlement as fair, reasonable, and adequate to the Named Plaintiff and the Settlement Class Members who did not submit a valid request for exclusion. The Settlement is finally approved in all respects and its terms and provisions shall be consummated;

B. The Court approves the Settlement Payments to be made to each Settlement Class Member who did not request to be excluded from the Settlement;

C. The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fees and Costs Award") in the amount of $316,817.00 for attorneys' fees and costs of $15,000.00. The Attorneys' Fees and Costs Award shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement;

D. The Court approves the Incentive Award in the amount of $7,500.00 for the Named Plaintiff, to be distributed in accordance with Settlement Agreement;

E. The Court approves the payment of settlement administration costs of up to $25,849.00 to the third-party Settlement Administrator, Analytics Consulting LLC;

F. That, except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs; and

G. The Court hereby **DISMISSES this case with prejudice** and **DIRECTS** the Clerk

of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  May 20, 2024**

**STACI M. YANDLE**
**United States District Judge**