# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HALBERT JAMES, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL PROTECTION SERVICE, LLC, d/b/a ALLIED UNIVERSAL SECURITY SERVICES, )<br>)<br>Defendant. ) | No. 3:22-cv-01668-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Approving the Motion for Final Approval of the Parties' Class and Collective Action Settlement and the Motion for Attorneys' Fees, Litigation Costs, Settlement Administration Costs, and an Incentive Award (Doc. 76), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** May 20, 2024

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

Approved:

*[signature]*

**STACI M. YANDLE**
**United States District Judge**